Sally E. CLAYBROOKS,
Plaintiff–Appellant,

v.

Jim NEWSOME, Safety Inspector; Mary Clarke, Doctor VCCW; Bobbi Henderson, Nurse, Defendants–Appellees.

No. 00–7079.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 10, 2001.

Decided Sept. 18, 2001.

Sally E. Claybrooks, pro se.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Sally E. Claybrooks appeals the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Claybrooks v. Newsome*, No. CA–00–1097–AM (E.D.Va. July 21, 2000); *see Booth v. Churner*, 531 U.S. 956, 121 S.Ct. 1819, 149 L.Ed.2d 958 (2001). We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*